# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BECKER SALTOS CHIGUANO, | : | Civil No. 1:24-CV-02210 |
| Petitioner, | : | |
| v. | : | |
| CRAIG LOWE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of November, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) The Government's objections to the report and recommendation, Doc. 21, are **OVERRULED**.

2) The report and recommendation, Doc. 20, is **ADOPTED**.

3) A bond hearing before the undersigned is scheduled for **November 21, 2025, at 9:30 a.m.** in Courtroom No. 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania