# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BECKER SALTOS CHIGUANO, | : | Civil No. 1:24-CV-02210 |
| Petitioner, | : | |
| v. | : | |
| CRAIG LOWE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of November, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Petitioner's petition for writ of habeas corpus, Doc. 1, is **GRANTED**. A separate order setting conditions of release will be separately docketed. The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania